# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| SUSAN JOHNSON ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. CV 507-86 |
| ) | |
| COFFEE COUNTY, GEORGIA and ) | |
| JERRY POPE, Individually and in his ) | |
| official capacity as Sheriff ) | |

## ORDER

The stipulation of dismissal filed September 23, 2008 is hereby **APPROVED**.

SO ORDERED this 23 day of September, 2008.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE